UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Darnell L. Lewis

v.

Case No. 16-cv-188-LM

Warden, Federal Correctional
Institution, Berlin, New Hampshire


O R D E R


No objection having been filed, I herewith approve the
Report and Recommendation of Magistrate Judge Andrea K.
Johnstone dated April 27, 2017, for the reasons set forth
therein.  Respondent's motion for summary judgment (document no.
10) is hereby denied, without prejudice.

"'[O]nly those issues fairly raised by the objections to
the magistrate's report are subject to review in the district
court and those not preserved by such objection are precluded on
appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617
F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of
Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see
also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir.
1986) (after proper notice, failure to file a specific objection
to magistrate's report will waive the right to appeal).

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: May 17, 2017

cc:  Darnell L. Lewis, pro se
     Seth R. Aframe, AUSA