UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Darnell L. Lewis

   v.                               Case No. 16-cv-188-LM

Warden, Federal Correctional
Institution, Berlin, New Hampshire

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 30, 2018, and grant the petition for a writ of habeas corpus, and direct the BOP to credit Lewis's sentence for the time spent in custody between April 16, 2009 and January 1, 2010. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                              _____
                                              Landya B. McCafferty
                                              United States District Judge

Date: February 26, 2018

cc:  Darnell L. Lewis, pro se
     Seth Aframe, AUSA